IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

    Plaintiff,                                No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.                      ORDER

_____/

        Plaintiff has requested sixty days to file opposition to the motion for summary judgment filed by defendants on July 13, 2005. Plaintiff has also requested a sixty-day extension of time to file the status report that was due on July 15, 2005.

        Good cause appearing, the court will grant plaintiff's request for sixty days to file opposition to defendants' motion for summary judgment. The court will vacate the order filed June 15, 2005 requiring the parties to file status reports.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 20, 2005 request (docketed as #32) for extension of time to file opposition to defendants' motion for summary judgment is granted;

        2. Plaintiff shall file and serve his opposition to defendants' motion for summary judgment on or before September 12, 2005;

1  3. The court's June 15, 2005 order requiring status report is vacated; and

2  4. Plaintiff's July 20, 2005 request (docketed as #33) for extension of time to file

3 status report is denied as moot.

4 DATED: July 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
bess2498.36opp