IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

        Plaintiff,               No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD ALAMEIDA, JR., et al.,

        Defendants.        ORDER

_____/

        Plaintiff has requested a second extension of time to file and serve his opposition to defendants' July 13, 2005 motion for summary judgment.  The court previously granted plaintiff a sixty-day extension of time.  A final extension of thirty days will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's September 2, 2005 request for extension of time is granted; and

        2.  Plaintiff shall file and serve his opposition to defendants' motion for summary judgment on or before October 12, 2005.

DATED: September 12, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
bess2498.36oppsec