IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

    Plaintiff,                   No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.          ORDER

_____/

        Defendants have filed a motion for an order staying discovery pending resolution of their motion for summary judgment filed July 13, 2005. Plaintiff has not opposed the motion. Good cause appearing, IT IS ORDERED that:

        1. Defendants' October 7, 2005 motion for protective order is granted.

        2. All discovery is stayed pending adjudication of defendants' motion for summary judgment. If the motion is denied in whole or in part, the court will make such further orders as are appropriate regarding discovery and the scheduling of this case for trial.

DATED: January 18, 2006.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:13
bess2498.protord