IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY BESS, Jr.,** | 2:03-CV-2498 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD ALAMEIDA, Jr. et al.,** | |
| Defendants. | |

Defendants have moved for leave to conduct a second deposition of Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B). Plaintiff has not opposed Defendants' motion.

Good cause appearing, IT IS HEREBY ORDERED that Defendants' June 7, 2006 motion to conduct a second deposition of Plaintiff is granted upon condition that, at least fourteen days before such deposition, Defendants serve all parties with the notice required by Fed. R. Civ. P. 30(b)(1).

DATED: July 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/bess2498.secdep