1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY BESS, JR.,

11              Plaintiff,              No. CIV S-03-2498 GEB DAD P

12       vs.

13   EDWARD ALAMEIDA, JR., et al.,

14              Defendants.            ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has requested an extension of time

18   to file and serve an opposition to defendants' January 25, 2007 motion for summary judgment.

19   Good cause appearing, plaintiff's request for extension of time will be granted.

20          Plaintiff has also filed a motion in limine in which he requests a ruling on whether

21   evidence of his prior conviction will be admissible at trial.  Plaintiff is advised that motions in

22   limine are trial motions.  If there are claims that remain in this action after the district court rules

23   on all timely filed pretrial motions, the undersigned will hold a pretrial conference and issue a

24   pretrial order that sets a deadline for the filing of motions in limine.  Plaintiff's motion in limine

25   now before the court is premature and will be denied without prejudice to the filing of a renewed

26   motion at a later time.

1    Plaintiff has also filed a motion requesting a protective order.  On May 15, 2006,

2   defendants filed a response in opposition to plaintiff's May 9, 2006 motion.  Plaintiff has not

3   filed a reply to defendants' response.  Plaintiff's request concerned a potential witness.  Based

4   upon defendants' response, it appears plaintiff's request is now moot.  Therefore, the court will

5   deny plaintiff's request for a protective order.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  Plaintiff's February 9, 2007 request for an extension of time is granted;

8    2.  Plaintiff shall file and serve an opposition to defendants' January 25, 2007

9   motion for summary judgment on or before March 22, 2007.  Defendants' reply, if any, shall be

10   filed seven days thereafter;

11    3.  Plaintiff's January 30, 2007 motion in limine is denied without prejudice;  and

12    4.  Plaintiff's May 9, 2006 request for a protective order is denied.

13   DATED: February 14, 2007.

14

15

16                                         DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE
17   DAD:9
     bess2498.36(2)milpo
18

19

20

21

22

23

24

25

26

2