IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

    Plaintiff,                      No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested a second extension of time to and including May 21, 2007, to file and serve an opposition to defendants' January 25, 2007 motion for summary judgment. Good cause appearing, this request will be granted. However, no further extension of time will be granted for this purpose. IT IS HEREBY ORDERED that:

        1. Plaintiff's March 21, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file an opposition to defendants' January 25, 2007 motion for summary judgment on or before May 21, 2007. No further extension of time will be granted for this purpose. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: March 23, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.36opp(2)