IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

        Plaintiff,                    No. CIV S-03-2498 GEB DAD P

        vs.

EDWARD ALAMEIDA, JR., et al.,

        Defendants.              <u>ORDER</u>

/

        Defendants have requested the court to vacate its May 31, 2006 scheduling order. Defendants' motion for summary judgment is pending before the court, and plaintiff's opposition to that motion is not due until May 21, 2007. Under the court's scheduling order, plaintiff's pretrial statement is due April 27, 2007, and defendant's pretrial statement is due May 11, 2007. Good cause appearing, the court will grant defendants' request in part and vacate scheduling order dates related to pretrial statements, pretrial conference, and jury trial. However, the remainder of the court's May 31, 2006 scheduling order will remain in effect. The court will issue a revised scheduling order if necessary after the pending summary judgment has been ruled upon.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' April 6, 2007 request to vacate the scheduling order is granted in part; and

2. The court's May 31, 2006 scheduling order dates related to plaintiff's pretrial statement (April 27, 2007), defendants' pretrial statement (May 11, 2007), pretrial conference (May 18, 2007), and jury trial (August 14, 2007) are vacated. The remainder of the court's May 31, 2006 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon.

DATED: April 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.41mod

2