IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

      Plaintiff,                     No.  CIV S-03-2498 GEB DAD P

      vs.

EDWARD ALAMEIDA, JR., et al.,

      Defendants.              <u>ORDER</u>

        Plaintiff has filed a third request for an extension of time to and including July 19, 2007, to file an opposition to defendants' January 25, 2007 motion for summary judgment. Plaintiff was advised in this court's March 23, 2007 order that no further extensions of time would be granted for this purpose.  In the interests of justice, the court will grant plaintiff's request in part.  Plaintiff will have until June 19, 2007, to file and serve his opposition.  Any untimely opposition to defendants' motion for summary judgment must be accompanied by a properly supported motion for leave to act out of time.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 23, 2007 request for an extension of time to file an opposition to defendants' January 25, 2007 motion for summary judgment is granted in part;

/////

2.  Plaintiff shall file his opposition on or before June 19, 2007; any untimely opposition to defendants' motion for summary judgment shall be accompanied by a properly supported motion for leave to act out of time; and

3.  Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: May 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.36opp(3)