IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

       Plaintiff,                        No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

       Defendants.           <u>ORDER</u>

_____/

       Before the court are several motions and requests related to defendants' motion for summary judgment filed on January 25, 2007.

       First, plaintiff has filed a motion for leave to act beyond time to file his opposition to defendants' motion for summary judgment. Plaintiff has also filed his opposition. Good cause appearing, the court will grant plaintiff's motion.

       Second, defendants have requested an extension of time to and including July 19, 2007 to file a reply to plaintiff's opposition. Good cause appearing, the court will grant defendants' request.

       Finally, the Pacific Justice Institute (PJI), a non-profit legal organization, has requested leave to file an amicus curiae brief in support of plaintiff. Defendants have filed an opposition to that request. PJI has filed a reply. Federal district courts have broad discretion to

allow amici curiae to participate in cases if the amicus is not attempting to control the litigation or use prisoner-plaintiffs as strawmen to confer standing so that the amicus can litigate its own views. Hoptowitt v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982). There is no indication that PJI is acting with improper motive, and the court is satisfied that an amicus curiae brief from PJI may be of some assistance to the court in this case. Accordingly, the court will grant PJI's motion for leave to file an amicus curiae brief. Defendants will be directed to include a response, if any, to PJI's amicus curiae brief in their reply.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 26, 2007 motion for leave to act beyond time to file an opposition to defendants' motion for summary judgment is granted;

2. Defendants' June 28, 2007 request for an extension of time to file a reply on or before July 19, 2007 is granted. Defendants shall include a response, if any, to Pacific Justice Institute's amicus curiae brief in their reply.

3. Pacific Justice Institute's May 23, 2007 motion for leave to file an amicus curiae brief in support of plaintiff is granted.

DATED: June 29, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.36misc