1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY BESS, JR.,

11           Plaintiff,                    No. CIV S-03-2498 GEB DAD P

12       vs.

13   EDWARD S. ALAMEIDA, JR., et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16           On August 29, 2007, the undersigned issued an order and findings and

17   recommendations in the above-entitled action recommending that defendants' motion for

18   summary judgment be granted in part and denied in part.  Any objections to the findings and

19   recommendations were to be filed by September 13, 2007.  On September 12, 2007 defendants

20   filed a request for an extension of time to September 27, 2007 in which to file objections

21   pursuant to the court's August 29, 2007 order and findings and recommendations.  In the

22   declaration filed in support of the request defendants' counsel represents, among other things,

23   that she has been diligently conducting additional research which will aid the assigned district

24   judge in his review of the findings and recommendations.

25           Normally, the undersigned would not hesitate in granting a request for an

26   extension of time in which to file objections particularly in light of the issues raised by the

1

motion for summary judgment in this case.  However, the purpose of filing objections to a magistrate judge's findings and recommendations is merely to identify the portions of the findings and recommendations to which objection is made and the basis of the objection.  The district judge will conduct a de novo review of all portions of the findings and recommendations to which objections are made.  The purpose of such objections is not to provide the parties an opportunity to conduct additional research and present new arguments that were not included in the motion heard by the assigned magistrate judge.  Accordingly, the court will grant defendants' request for an extension of time only in part.  The court will forward the August 29, 2007 order and findings and recommendations as well as any objections filed by September 24, 2007 to the assigned district judge for his review.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Defendants' September 12, 2007 request for an extension of time is granted in part;

2.  Defendants shall file any objections to the pending findings and recommendations by September 24, 2007; and

3.  Any request for additional time in which to file the objections should be directed to the assigned district judge.

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.36d

2