IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

    Plaintiff,                    No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Defendants.              ORDER

_____/

        On August 20, 2007, plaintiff filed an untimely motion for summary judgment in this action. Plaintiff is advised that this court's May 30, 2006 scheduling order required that all pretrial motions be filed on or before January 26, 2007. Accordingly, plaintiff's motion will be stricken as untimely.

        IT IS SO ORDERED.

DATED: October 4, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.oot