IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

    Plaintiff,                                   No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.                       <u>ORDER</u>

/

        On December 12, 2007, this court issued a scheduling order, setting this matter for jury trial for September 2, 2008, before Judge Garland E. Burrell. Defense counsel has notified the court that he has a prepaid vacation at that time and has requested that the trial date be continued to any date after September 8, 2008. Good cause appearing, the request will be granted. Jury trial will be re-set for October 21, 2008 at 9:00 a.m. in front of Judge Garland E. Burrell Jr. However, the remainder of the court's December 12, 2007 scheduling order will remain in effect.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' February 20, 2008 request to continue the trial date in this case is granted;

/////

2. Jury trial before the Honorable Garland E. Burrell Jr., as described in the court's scheduling order filed December 12, 2007, is continued from September 2, 2008, to October 21, 2008 at 9:00 a.m. in Courtroom No. 10; and

3. The remainder of this court's December 12, 2007 scheduling order remains in effect.

DATED: February 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.41mod(2)

2