IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BESS, JR.,

        Plaintiff,                    No. CIV S-03-2498 GEB DAD P

    vs.

EDWARD ALAMEIDA, JR., et al.,

        Defendants.            ORDER

                                /

        In accordance with this court's December 12, 2008 scheduling order, both parties have filed timely pretrial statements. Both parties have also requested a court-ordered settlement conference. Pursuant to Local Rule 16-270(b), the parties will be directed to clarify whether they wish to proceed in a settlement conference before the undersigned magistrate judge or if they wish to proceed before a randomly-assigned magistrate judge.

        In addition, good cause appearing, the court will vacate scheduling order dates related to pretrial conference and jury trial. The court will issue a pretrial order and a new trial date if necessary after the settlement conference.

        Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of this order, plaintiff and defendants shall clarify whether they wish to proceed in a settlement conference before the undersigned

1

1 magistrate judge or if they wish to proceed before a randomly-assigned magistrate judge.  If the
2 parties wish to proceed before the undersigned magistrate judge, each party shall return to the
3 court the consent form for settlement conferences provided with this order.  If the parties do not
4 wish to proceed before the undersigned magistrate judge, each party shall file a declaration
5 stating he wishes to proceed before a randomly-assigned magistrate judge;

    2. The court's scheduling order dates related to pretrial conference (July 18, 2008) and jury trial (October 21, 2008) are vacated.  The court will issue a pretrial order and a new trial date if necessary after the settlement conference;

    3. The remainder of the court's scheduling order remains in effect; and

    4. The Clerk of the Court is directed to send each party the consent form for settlement conferences.

DATED: July 17, 2008.

                /s/ Dale A. Drozd
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

DAD:9
bess2498.sc